UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL E. RICE,

    Plaintiff,

v.                                                      CASE NO. 6:06-cv-1233-Orl-31KRS

STATE OF FLORIDA,

    Defendant.

## ORDER REQUIRING THE REFILING OF THE COMPLAINT ON AN APPROVED FORM

Plaintiff filed an amended complaint (Doc. No. 5) which the Court construes as a civil rights complaint pursuant to 42 U.S.C. § 1983. Although the instrument filed by Plaintiff is neatly written and otherwise legible, the Court finds that the standard pre-printed civil rights complaint form is more useful in helping the Court evaluate civil rights complaints.

Accordingly, Plaintiff is **ORDERED** to refile his civil rights complaint on the form provided as an attachment to this Order by the Clerk, within eleven (11) days from the date of this order.[1] Plaintiff shall also provide the Clerk with one (1) additional copy of the revised complaint for each

---

[1] Plaintiff is advised that absent a showing of special circumstances, such as where necessary to prevent immediate and irreparable injury, federal courts may not stay or enjoin pending state court proceedings. *Younger v. Harris*, 401 U.S. 37 (1971). In addition, since declaratory relief "will result in precisely the same interference with and disruption of state proceedings that the longstanding policy limiting injunctions was designed to avoid" federal courts also should not entertain actions for declaratory relief against pending state criminal actions. *Samuels v. Mackell*, 401 U.S. 66, 72 (1971). Therefore, to the extent Plaintiff is seeking this Court's interference with his state criminal proceedings, he is advised that it generally does not have such authority to do so. *See, e.g., Hughes v. The Eleventh Judicial Circuit of Florida*, 377 F.3d 1258, 1262-63 (11th Cir. 2004).

named defendant.  Failure to comply with this order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 8th day of September, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

sc 9/8
Carl E. Rice